UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------X
United States of America,                            :
                                                     :
                Plaintiff,                           :
                                                     :
v.                                                   :   No. 1:07-cv-02200-RCL
                                                     :
CommScope, Inc. and                                  :
Andrew Corporation,                                  :
                                                     :
                Defendants                           :
-----------------------------------------------------X
```

## MOTION FOR ADMISSION OF CHRISTOPHER J. KELLY *PRO HAC VICE*

I, John Roberti, am a member in good standing of the bar of this Court. My District of Columbia Bar number is 495718. Pursuant to Local Rule 83.2(d), I am moving for admission of Christopher J. Kelly to appear *pro hac vice* in this case as counsel for Defendant Andrew Corporation. Mr. Kelly's Declaration, also pursuant to Local Rule 83.2(d), is attached as an exhibit to this Motion.

Respectfully submitted,

_____/s/_____
John Roberti (No. 495718)
Mayer Brown LLP
1909 K Street, NW
Washington, DC 20006-1101
(202) 263-3000
*Counsel for Defendant Andrew Corporation*

## Certificate of Service

I hereby certify that on December 7, 2007, I caused a true copy of the foregoing Motion for Admission of Christopher J. Kelly *Pro Hac Vice* and Declaration of Christopher J. Kelly to be served upon the following via first class mail:

Thomas Overton Barnett, Esq.
United States Department of Justice
Antitrust Division
950 Pennsylvania Avenue, NW
Room 3109
Washington, DC 20530

Alvin H. Chu, Esq.
United States Department of Justice
Antitrust Division
1401 H Street, NW
Suite 8000
Washington, DC 20001
*Attorneys for Plaintiff*

Douglas W. Baruch, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorney for Defendant CommScope, Inc.*

                                                           /s/
                                      John Roberti
                                      Mayer Brown LLP
                                      1909 K Street, N.W.
                                      Washington, DC 20006-1101

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

United States of America,

        Plaintiff,

v.    No. 1:07-cv-02200-RCL

CommScope, Inc. and
Andrew Corporation,

        Defendants

---

## DECLARATION OF CHRISTOPHER J. KELLY

1. My full name is Christopher John Kelly.

2. I am a partner with Mayer Brown LLP, maintaining an office at 1909 K Street, NW, Washington, DC 20006. My direct phone number is (202) 263-3285.

3. I am a member in good standing of both the Illinois and District of Columbia Bars, and have been admitted to practice before the Supreme Court of the United States and the United States Courts of Appeals for the Fourth Circuit and the Federal Circuit.

4. I hereby certify that I have not been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court before.

6. I am an active member of the District of Columbia Bar; my member number is 474066.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2007.

                                        _____
                                        Christopher J. Kelly (DC Bar No. 474066)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------X
United States of America,                          :
                                                   :
        Plaintiff,                           :
                                                   :
v.                                                 :   No. 1:07-cv-02200-RCL
                                                   :
CommScope, Inc. and                                :
Andrew Corporation,                                :
                                                   :
        Defendants                           :
---------------------------------------------------X

### (PROPOSED) ORDER GRANTING MOTION FOR ADMISSION OF CHRISTOPHER J. KELLY *PRO HAC VICE*

The Court has before it a Motion for Admission of Christopher J. Kelly *Pro Hac Vice*. The Court hereby grants the Motion. Christopher J. Kelly is admitted *pro hac vice* in the above-captioned matter.

ENTERED this _____ day of _____, 2007.


                                                      _____
                                                      United States District Judge