UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COMMSCOPE, INC. and )<br>ANDREW CORPORATION, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:07-cv-2200 |

## MOTION TO ADMIT
## RICHARD C. PARK PRO HAC VICE

Commscope, Inc., by its attorney Douglas W. Baruch, hereby moves the admission of Richard C. Park, pro hac vice , pursuant to Local Rule 104 (c) of the Local Rules of the United States District Court for the District of Columbia, for the purposes of representing defendant Commscope, Inc. in this action.

Respectfully submitted,

/s/ Douglas W. Baruch
Douglas W. Baruch (D.C. Bar No. 414354)
FRIED, FRANK, HARRIS, SHRIVER &
    JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004-2505
Telephone:    202-639-7000
Douglas.Baruch@friedfrank.com

Dated:  December 7, 2007                    *Counsel for Defendant Commscope, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                               )<br>          Plaintiff, )<br>                                             )<br>v.                                )<br>                                             )<br>COMMSCOPE, INC. and )<br>ANDREW CORPORATION, )<br>                                             )<br>          Defendants. ) | Civil Action No. 1:07-cv-2200 |

## AFFIDAVIT OF DOUGLAS W. BARUCH

DISTRICT          )
                          )   ss.:
OF COLUMBIA )

I, Douglas W. Baruch, being duly sworn, depose and say:

1. I am a member of the law firm of Fried, Frank, Harris, Shriver & Jacobson, counsel for defendant Commscope, Inc. in this action. I am a member in good standing of the Bar of this Court.

2. Defendant's complaint in this action was filed on December 6, 2007.

3. Defendants now respectfully moves the admission <u>pro hac vice</u> of Richard C. Park, Esquire pursuant to Local Rule 104 (c) of the Rules of the United States District Court for the District of Columbia for the purpose of representing plaintiff in this action.

4. Mr. Park is a partner of Fried, Frank, Harris, Shriver & Jacobson, practicing at its Washington, D.C. office. Mr. Park is a member in good standing of the Bar of the District of Columbia since 1998 and the State Bar of New York since 1992. Mr. Park is one of the attorneys representing the defendant in the above matter at this firm, and is fully familiar

- 2 -

with the circumstances of this action. He would be most able to represent defendant Commscope, Inc. in connection with this proceeding.

     5.    Mr. Park's application to the United States District Court for the District of Columbia has been submitted and he is scheduled to be sworn into the United States District Court for the District of Columbia Bar on January 7, 2008.

     WHEREFORE, it is respectfully requested that Richard C. Park be admitted pro hac vice to represent the defendant in the action.

                                    Douglas W. Baruch

Sworn to before me this
10th day of December, 2007

Joseph R. DeSantis

My Commission Expires: September 30, 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                        Plaintiff,         )<br>                                                              )      Civil Action No. 1:07-cv-2200<br>          v.                                               )<br>                                                              )<br>COMMSCOPE, INC. and                     )<br>ANDREW CORPORATION,             )<br>                                                              )<br>                        Defendants.     )<br>                                                              ) | |

## ORDER GRANTING DEFENDANT'S
## MOTION TO ADMIT
## RICHARD C. PARK PRO HAC VICE

Defendant Commscope, Inc., having moved this Court for an order granting defendant's Motion to Admit Richard C. Park pro hac vice, the Court having reviewed the record, being in all respects duly and sufficiently advised and good cause being shown,

**IT IS HEREBY ORDERED**, that defendant's Motion to Admit Richard C. Park pro hac vice should be, and hereby is **GRANTED**.

Signed this ___ day of December, 2007

_____