## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2200 (RCL) |
| | ) | |
| **COMMSCOPE, INC.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

The Court has before it a Motion for admission of Christopher J. Kelly *pro hac vice*. The Court hereby grants the Motion. Christopher J. Kelly is admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 10, 2007.