UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-2200 (RCL)** |
| ) | |
| **COMMSCOPE, INC.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The Court has before it a Motion for admission of Douglas W. Baruch *pro hac vice*. The Court hereby grants the Motion. Douglas W. Baruch is admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, December 11, 2007.