UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2200 (RCL) |
| ) | |
| COMMSCOPE, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court has before it a Motion for admission of Richard C. Park *pro hac vice*. The Court hereby grants the Motion. Richard C. Park is admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 11, 2007.