UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-2200 (RCL) |
| **COMMSCOPE, INC.,** *et al.* | ) |
| **Defendants.** | ) |

## ORDER

The Court has before it a Motion for admission of Peter S. Guryan *pro hac vice*. The Court hereby grants the Motion. Peter S. Guryan is admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 11, 2007.