UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>    Plaintiff,                                           )<br>                                                                )<br>    v.                                                      )<br>                                                                )<br>COMMSCOPE, INC. and                        )<br>ANDREW CORPORATION,                    )<br>                                                                )<br>    Defendants.                                       )<br>                                                                ) | Case: 01:07-CV-02200<br>Judge: Lamberth, Royce C.<br>Assign Date: 12/06/2007 |

**DEFENDANT'S CERTIFICATION OF COMMUNICATIONS
CONCERNING THE PROPOSED FINAL
<u>JUDGMENT IN THIS ACTION</u>**

The Defendant CommScope, Inc. ("CommScope") makes this submission pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), regarding written and oral communications between representatives of CommScope and any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this matter on December 6, 2007.

Other than communications solely between counsel of record for CommScope and employees of the Department of Justice ("DOJ Staff"), the following communication concerning or relevant to the proposed Final Judgment occurred and included, to the best of CommScope's knowledge, the persons noted below:

1. On November 9, 2007 the following persons met with DOJ Staff and discussed, among other topics, the proposed settlement between the Defendants and the United States: counsel for CommScope, counsel for Andrew Corporation, and

2

CommScope, Inc. of North Carolina Vice President and Assistant General Counsel William Pleasant, who participated by telephone.

CommScope hereby certifies that this disclosure complies with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to CommScope or of which CommScope should reasonably have known.

Dated: December 13, 2007

/s/ Richard C. Park
Douglas W. Baruch (DC Bar No. 414354)
Richard Park (Pro Hac Vice)
Fried, Frank, Harris, Shriver &
Jacobson LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
Telephone: 202-639-7064
Douglas.Baruch@friedfrank.com
Richard.Park@friedfrank.com

Attorneys for Defendant
  Commscope, Inc.