AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

        Plaintiff(s)      )
                          )      **APPEARANCE**
                          )
        vs.             )      CASE NUMBER   1:07-cv-02200-RCL
CommScope, Inc.,       )
and
Andrew Corporation,   )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Christopher J. Kelly   as counsel in this
                                     (Attorney's Name)

case for:   Andrew Corporation.
         (Name of party or parties)

December 18, 2007                             /s/ Christopher J. Kelly
Date                                                 Signature

                                            Christopher J. Kelly
474066                                          Print Name
BAR IDENTIFICATION
                                          1909 K St., NW
                                          Address

                                          Washington, DC   20006
                                          City        State        Zip Code

                                          202-263-3285
                                          Phone Number