**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-----------------------------------------------------X
United States of America,                :
                                         :
                     Plaintiff,          :
                                         :
v.                                       :        No. 1:07-cv-02200-RCL
                                         :
CommScope, Inc. and                      :        December 18, 2007
Andrew Corporation,                      :
                                         :
                     Defendants          :
-----------------------------------------------------X
```

**DEFENDANT ANDREW CORPORATION'S DESCRIPTION OF**
**COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT**

Pursuant to 15 U.S.C. § 16(g), defendant Andrew Corporation ("Andrew") states that, other than communications solely between counsel of record for Andrew and employees of the Department of Justice ("DOJ Staff"), no communication concerning or relevant to the proposed Final Judgment filed in this matter on December 6, 2007 occurred between any representative of Andrew and any officer of the United States.

Andrew hereby certifies that this disclosure complies with the requirements of 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to Andrew or of which Andrew should reasonably have known.

Respectfully submitted,

_____/s/_____

Christopher J. Kelly (D.C. Bar No. 474066)
Mayer Brown LLP
1909 K Street, NW
Washington, DC  20006-1101
(202) 263-3000
*Counsel for Defendant Andrew Corporation*