UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2200 (RCL) |
| | ) | |
| COMMSCOPE, INC. and | ) | |
| ANDREW CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Peter S. Guryan as counsel for defendant Andrew Corporation in the above-captioned action.

Respectfully submitted,

_____
Peter S. Guryan (*Admitted pro hac vice 12/11/07*)
Douglas W. Baruch ( D.C. Bar No. 414354)
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004-1980
Telephone No.:  212-859-8477
E-mail address:  Peter.Guryan@friedfrank.com

*Attorney for Defendant*
*Andrew Corporation*
*Admitted pro hac vice in D.C. District Court*

Dated:  January 7, 2008