UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------X
United States of America,                    :
                                             :
       Plaintiff,                        :
                                             :
v.                                           :    No. 1:07-cv-02200-RCL
                                             :
CommScope, Inc. and                          :    January 9, 2008
Andrew Corporation,                          :
                                             :
       Defendants                       :
------------------------------------------------------X

## MOTION OF WITHDRAWAL OF APPEARANCE AS COUNSEL

The undersigned attorneys respectfully withdraw their appearances as counsel for Defendant Andrew Corporation in this matter. Andrew Corporation will continue to be represented by Peter S. Guryan of Fried, Frank, Harris, Shriver and Jacobson LLP.

Respectfully submitted,

/s/
Christopher J. Kelly (D.C. Bar No. 474066)
John Roberti (D.C. Bar No. 495718)
Mayer Brown LLP
1909 K Street, NW
Washington, DC  20006-1101
(202) 263-3000