## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>COMMSCOPE, INC. and )<br>ANDREW CORPORATION )<br><br>*Defendants*. ) | Case No. 1:07-CV-02200 (RCL) |

### CERTIFICATE OF COMPLIANCE WITH PROVISIONS
### OF THE ANTITRUST PROCEDURES AND PENALTIES ACT

Plaintiff United States of America, by the undersigned attorney, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA" or "Tunney Act"), the following procedures have been followed in preparation for the entry of a final judgment herein:

1.  Plaintiff and defendants stipulated to the entry of the proposed Final Judgment on December 6, 2007,  and that Stipulation was filed with the Court on December 6, 2007;

2.  The proposed Final Judgment was filed with the Court on December 6, 2007;

3.  The Competitive Impact Statement was filed with the Court on December 6, 2007;

4.  The Stipulation, proposed Final Judgment, and Competitive Impact Statement were published in the *Federal Register* on December 20, 2007, *see* 72 Fed. Reg. 72,376 (2007);

5.  A summary of the terms of the proposed Final Judgment was published in the *Washington Post*, a newspaper of general circulation in the District of Columbia, beginning on January 6, 2008 and continuing on consecutive days through January 12, 2008 (see attachment);

6.    Copies of the Stipulation, proposed Final Judgment, and Competitive Impact Statement were furnished to all persons requesting them and made available on the Antitrust Division's Internet site;

7.    On December 13, 2007, defendant CommScope, Inc. filed with the Court its disclosure statement concerning written or oral communications by or on behalf of the defendant, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g);

8.    On December 18, 2007, defendant Andrew Corporation. filed with the Court its disclosure statement concerning written or oral communications by or on behalf of the defendant, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g);

9.    The sixty-day periods for this matter prescribed by 15 U.S.C. §16(b) - (d) for the receipt and consideration of written comments, and during which the proposed Final Judgment could not be entered, commenced on December 20, 2007 and ended on March 6, 2008;

10.    The United States received no public comments on the proposed Final Judgment; and

11.    The parties in this action have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed

2

Final Judgment, and it is now appropriate for the Court to make the necessary public interest

determinations required by 15 U.S.C. § 16(e) and to enter the proposed Final Judgment.

Dated: April 29, 2008                                Respectfully submitted,

   /s/ Alvin H. Chu

Alvin H. Chu
United States Department of Justice
Antitrust Division
Telecommunications and Media
Enforcement Section
1401 H Street, N.W., Suite 8000
Washington, DC 20530
Telephone: (202) 305-8864
Facsimile: (202) 514-6381

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically transmitted the attached document

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

Electronic Filing to the following CM/ECF registrants, and further provided copies to the

registrants via electronic mail:


Douglas W. Baruch
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW Suite 800
Washington, DC 20004
Counsel for CommScope, Inc.


    /s/ Alvin H. Chu

Alvin H. Chu
United States Department of Justice
Antitrust Division
Telecommunications and Media
Enforcement Section
1401 H Street, N.W., Suite 8000
Washington, DC 20530
Telephone: (202) 305-8864
Facsimile: (202) 514-6381

Ad # 10264194    Name US DEPT OF JUSTICE/ANTI TRUS ATTN:  MAUR    Size 78 Lines                T0001
Class 815   PO# DJJ08PHATRO271  Authorized by SABRINA BROWN              Account 1010122583

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the
said District, Nicole McKinney well known to me to be Billing Manager
of The Washington Post, a daily newspaper published in the City of Washington,
District of Columbia, and making oath in due form of law that an advertisement containing
the language annexed hereto was published in said newspaper on the dates mentioned in the
certificate herein.

I Hereby Certify that the attached advertisement was published in
The Washington Post, a daily newspaper, upon the following date(s) at a cost of $4,920.88
and was circulated in the Washington metropolitan area.

Published 7 time(s). Date(s):06,07,08,09,10,11 and 12 of January 2008

Account 1010122583

Witness my hand and official seal this ____ day of _March_        20_08_

My commission expires _____

-----------------------------------------------------   Nicole Morton-McFadden ----------------------------
                                                        Notary Public District of Columbia
                                                        My Commission Expires 05-31-2011

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION  United
States of America V.
CommScope, Inc. and Andrew
Corporation  TAKE NOTICE that
a proposed Final Judgment has
been filed in a civil
antitrust case, United States
of America v. CommScope, Inc.
and Andrew Corporation,
Civil Action No.07-0220.  On
December 6, 2007, the United
States filed a Complaint
alleging that the proposed
acquisition by CommScope,
Inc. (#CommScope") of Andrew
Corporation (#Andrew") would
violate Section 7 and Section
8 of the Clayton Act, 15
U.S.C. §§ 18, 19, by
substantially lessening
competition in the United
States market for drop cable
and creating interlocking
directorates between
competing companies.  The
proposed Final Judgment,
filed the same time as the
Complaint, requires the
divestiture of: (a) Andrew's
entire stock ownership in

Ad # 10264194     Name US DEPT OF JUSTICE/ANTI TRUS ATTN:  MAUR     Size 78 Lines                    T0002
Class 815   PO# DJJ08PHATRO271  Authorized by SABRINA BROWN          Account 1010122583

Andes Industries, Inc.
(#Andes"); (b) all notes of
indebtedness in favor of
Andrew by Andes; (c) all
warrants to acquire
additional stock of Andes;
and (d) intellectual property
relating to the #Z-Wire"
product sold by Andes's
subsidiary PCT International,
Inc.  A Competitive Impact
Statement filed by the United
States describes the
Complaint, the proposed Final
Judgment, the industry, and
the remedies available to
private litigants who may
have been injured by the
alleged violation.    Copies
of the Complaint, proposed
Final Judgment, and
Competitive Impact Statement
are available for inspection
at the Department of Justice,
Antitrust Division, Antitrust
Documents Group, 325 7th
Street, N.W., Suite 215,
Washington, DC 20530
(telephone: 202-514-2481), on
the Department of Justice's
Web site at http://
www.usdoj.gov/atr, and at the
Office of the Clerk of the
United States District Court
for the District of Columbia.
Interested persons may
address comments to Nancy M.
Goodman, Chief,
Telecommunications and Media
Enforcement Section,
Antitrust Division, U.S.
Department of Justice, 1401 H
Street, N.W., Suite 8000,
Washington, DC 20530,
(telephone: 202-514-5621),
within 60 days of the date of
this notice.